# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GENE ALLEN, | ) |
| Petitioner, | ) 3:05-cv-0616-LRH-VPC |
| vs. | ) **ORDER** |
| STATE OF NEVADA, *et al.*, | ) |
| Respondents. | ) |

This habeas corpus action was dismissed, and judgment entered more than four years ago on January 19, 2006 (docket #7 and #8). The Ninth Circuit Court of Appeals has denied petitioner relief on appeal (#21).

Petitioner, has moved to vacate the judgment, which was denied. Petitioner now files a Motion to Delete Unexsusted [sic] Claims to File A New (docket #32). Petitioner's motion is untimely and provides no sufficient basis to support the requested relief. Moreover, because this case has been long closed and appeal relief denied, petitioner is advised that any further attempts to file documents in this matter shall be refused and the document shall be returned unfiled.

**IT IS THEREFORE ORDERED** that petitioner's motion (docket #32) is **DENIED**.

///
///
///
///
///

**IT IS FURTHER ORDERED** that the clerk shall return, unfiled, any further documents submitted by petitioner in this matter, save and except any Notice of Appeal, which shall be processed as required by law.

DATED this 19th day of July, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2